UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FELIX CASTRO,

                Plaintiff(s)

        -against-

BHFO, INC.,

                Defendant(s).
-----------------------------------------------------------X

23 civ 9035 (JGK)

## ORDER

The Court, having granted an extension of time to March 25, 2024 to respond to the complaint,

The parties shall file a Rule 26(f) report by **April 16, 2024.** The conference scheduled for March 26, 2024, at 2:30pm, is canceled.

**SO ORDERED.**

_____
JOHN G. KOELTL
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       March 13, 2024