```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
FELIX CASTRO,

                Plaintiff,

    - against -

BHFO, INC.,

                Defendant.

23-cv-9035 (JGK)

<u>ORDER</u>

---

**JOHN G. KOELTL, District Judge:**

It having been reported to this Court that the parties have reached a settlement in this action, it is hereby ordered that this matter be discontinued with prejudice but without costs; provided, however, that within 60 days of the date of this order, counsel for the plaintiff may apply by letter for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

Any application to reopen must be filed within sixty (60) days of this order; any application to reopen filed thereafter may be denied solely on that basis.  Further, if the parties wish for the Court to retain jurisdiction for the purpose of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same 60-day period to be so-ordered by the Court. Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

All pending motions are dismissed as moot. All conferences are canceled. The Clerk of Court is directed to close this case.

**SO ORDERED.**

Dated:   New York, New York
         March 21, 2024

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
John G. Koeltl
United States District Judge

UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIX CASTRO, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>  -against-<br><br>BHFO, INC.<br><br>        Defendant. | Case No. 1:23-cv-09035-JGK |

## NOTICE OF SETTLEMENT

The undersigned counsel for the Plaintiff hereby provides notice to the Court that a settlement in principle has been reached between Plaintiff and Defendant and a settlement agreement is in the process of being finalized. Once the settlement agreement is fully executed and certain conditions have been fulfilled, Plaintiff shall file a Notice of Voluntary Dismissal with Prejudice, and Without Costs. Accordingly, it is respectfully requested that the matter be stayed for sixty (60) days to allow the parties to finalize settlement details.

Dated: March 20, 2024

                   **The Law Office of Noor A. Saab, Esq.**

                   *By:* *Noor A. Saab*
                   Noor A. Saab, Esq.
                   *Attorneys for Plaintiff*
                   380 N. Broadway, Penthouse West
                   Jericho, New York 11753
                   Tel: 718-740-5060
                   Email: NoorASaabLaw@Gmail.com