# The Law Office of Noor A. Saab

380 North Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060 * Fax: 718-709-5912
Email: NoorASaabLaw@Gmail.com

May 16, 2024

**VIA ECF**
Honorable Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

**Re:** **Felix Castro v. BHFO, Inc. - Case No. 1:23-cv-09035-JGK**

To the Honorable Judge John G. Koeltl,

Plaintiff submits this letter-motion respectfully requesting an extension of the conditional dismissal order pursuant to Your Honors Order dated March 21, 2024 (Docket No. 12). The parties have a settlement in principle and are undertaking certain conditions precedent to the execution of a settlement agreement, and submission of a notice of dismissal. Plaintiff respectfully requests a thirty (30) day extension of time of the conditional dismissal order from May 17, 2024 to June 14, 2024. This is the first request for this relief and is on consent of both parties.

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab*
*Attorney for Plaintiff*

APPLICATION GRANTED
SO ORDERED

5/17/24

John G. Koeltl, U.S.D.J.